**DISMISS; and Opinion Filed January 27, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-00071-CR
No. 05-17-00072-CR
No. 05-17-00073-CR
No. 05-17-00074-CR

**LARRY B. JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause Nos. F08-11151-H, F08-11221-H, F09-00661-H & F09-00662-H

## MEMORANDUM OPINION

Before Justices Francis, Fillmore, and Stoddart
Opinion by Justice Fillmore

On January 20, 2017, appellant filed his notices of appeal in these causes. In his notices, appellant states he is appealing from a January 11, 2017 order denying his motion for DNA testing pursuant to article 64 of the code of criminal procedure. However, the trial court has not yet ruled on appellant's motion. Accordingly, we dismiss these appeals for want of jurisdiction.

"Jurisdiction concerns the power of a court to hear and determine a case." *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). The jurisdiction of an appellate court must be legally invoked, and, if not, the power of the court to act is as absent as if it did not exist. *See id.* at 523. The right to appeal in a criminal case is a statutorily created right. *See McKinney v. State*, 207 S.W.3d 366, 374 (Tex. Crim. App. 2006); *Griffin v. State*, 145 S.W.3d 645, 646 (Tex. Crim. App. 2004); *see also* TEX. CODE CRIM. PROC. ANN. art. 44.02 (West 2006) (providing right

of appeal for defendant); TEX. R. APP. P. 25.2(a)(2) (rules for appeal by defendant). Appellate courts may consider appeals by criminal defendants only after conviction or the entry of an appealable order. *See Wright v. State*, 969 S.W.2d 588, 589 (Tex. App.—Dallas 1998, no pet.).

Although appellant claims the trial court denied his motion for DNA testing, the trial court has not yet ruled on appellant's motion. As this Court has stated previously, we have no jurisdiction over an appeal absent a written judgment or appealable order. *See Nikrasch v. State*, 698 S.W.2d 443, 450 (Tex. App.—Dallas 1985, no pet.); *Wright*, 969 S.W.2d at 450. Absent a written order denying appellant's motion, this Court has no jurisdiction. *See Nikrasch*, 698 S.W.2d at 450.

We dismiss these appeals for want of jurisdiction.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

170071F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

LARRY B. JOHNSON, Appellant

No. 05-17-00071-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 1, Dallas County, Texas.
Trial Court Cause No. F08-11151-H.
Opinion delivered by Justice Fillmore, Justices Francis and Stoddart participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered this 27th day of January, 2017.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LARRY B. JOHNSON, Appellant

No. 05-17-00072-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 1, Dallas County, Texas.
Trial Court Cause No. F08-11221-H.
Opinion delivered by Justice Fillmore, Justices Francis and Stoddart participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered this 27th day of January, 2017.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LARRY B. JOHNSON, Appellant

No. 05-17-00073-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 1, Dallas County, Texas.
Trial Court Cause No. F09-00661-H.
Opinion delivered by Justice Fillmore,
Justices Francis and Stoddart participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered this 27th day of January, 2017.



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

LARRY B. JOHNSON, Appellant

No. 05-17-00074-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 1, Dallas County, Texas.
Trial Court Cause No. F09-00662-H.
Opinion delivered by Justice Fillmore,
Justices Francis and Stoddart participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.


Judgment entered this 27th day of January, 2017.